IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ASHLIE L. BRANCH,** <br><br> **Plaintiff,** <br><br> v. <br><br> **1715 NORTHSIDE DRIVE, INC.** d/b/a Diamond Club; <br><br> **A-1 ENTERTAINMENT, LLC** d/b/a Diamond Club; <br><br> **C.B. JONES II;** <br><br> **KAREN CAUDLE;** and <br><br> **CARMEN POPOVITCH,** <br><br> **Defendants.** | Civil Action No. 1:14-CV-0960-TCB <br><br><br><br><br><br><br><br><br><br><br><br> Jury Trial Demanded |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of Plaintiff's NOTICE OF DEPOSITION OF DEFENDANT 1715 NORTHSIDE DRIVE, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6) has been served by electronic mail and by First Class U.S. Mail, addressed to the following attorneys of record:

6

<table>
<tr><td>

Dean R. Fuchs
Schulten Ward & Turner, LLP
260 Peachtree Street, NW, Suite 2700
Atlanta, GA 30303
drf@swtlaw.com

</td><td>

Eric R. Magnus
Jackson Lewis, P.C.
1155 Peachtree Street N.E.,
Suite 1000
Atlanta, GA 30309
magnuse@jacksonlewis.com

</td></tr>
</table>

Herbert P. Schlanger
Law Office of Herbert P. Schlanger
230 Peachtree Street, NW, Suite 1890
Atlanta, GA 30303
herb@schlanger.com

Dated: August 5, 2014

SMITH COLLINS, LLC

/s/ Matthew W. Herrington

8565 Dunwoody Place
Building 15, Suite B
Atlanta, GA 30350
(770) 286-1800

Matthew W. Herrington
Ga. Bar No. 275411
*matthew@smithcollinsllc.com*

*Attorneys for Plaintiff*

7