# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ASHLIE L. BRANCH,<br><br>Plaintiff,<br><br>v.<br><br>1715 NORTHSIDE DRIVE, INC. et al.,<br><br>Defendants. | Civil Action No. 1:14-CV-0960-TCB |

**ORDER**

This matter is before the Court in this FLSA action upon the parties' Joint Motion to Approve Settlement [Doc. No. 47]. Having reviewed the proposed settlement agreement:

1. The parties' Joint Motion to Approve Settlement [Doc. No. 47] is GRANTED.

2. The parties' proposed settlement agreement is approved, and the claims of Plaintiff's against Defendant C.B. Jones are DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs except as otherwise stipulated between the parties pursuant to the settlement agreement.

3. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

4. The Court notes that Plaintiff's claims against Defendant 1715 Northside Drive, Inc. et al., are still pending, and this action will remain open at this time.

SO ORDERED this 22nd day of May, 2015

_____
Judge Timothy C. Batten Sr.